**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

OSCAR BEJARANO

*Plaintiff,*

-v-

D CARBON LLC and ANA AYME

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOW, THEREFORE**, Plaintiff, OSCAR BEJARANO hereby dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 26, 2023        STILLMAN LEGAL, P.C.

*Lina Stillman, Esq*
_____

Attorneys for Plaintiff,

**So ORDERED on 9/27/2023:**

JULIEN XAVIER NEALS
United States District Judge

-1-

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE;